FILED
2007 NOV -7 PM 2:56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'07 CR 3029 BTM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | |
| | ) | Title 18, U.S.C., Secs. 751(a) |
| VICTOR MANUEL CAPERON, | ) | and 4082(a) - Escape |
| | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about October 20, 2007, within the Southern District of California, defendant VICTOR MANUEL CAPERON did escape from an institution and facility in which he was confined by direction of the Attorney General, and his authorized representative, by willfully failing to remain within the extended limits of his confinement in that he did not appear at the Correctional Alternatives Residental Re-Entry Center, San Diego, California, as directed, said custody and confinement being by virtue of a felony conviction for importation of marijuana, in violation of Title 21,

//
//
//
//

RSK:fer:San Diego
11/2/07

United States Code, Sections 952 and 960; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: November 7, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
REBECCA S. KANTER
Assistant U.S. Attorney