AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: 07cr3029-BTM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VICTOR MANUEL CAPERON

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/12/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD     244391 |
| | Print Name                                  Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City           State           Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number       Fax Number |