AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Victor Manuel Caperon

**WARRANT FOR ARREST**

CASE NUMBER: 07CR3029-BTM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Victor Manuel Caperon_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:751(a) and 4082(a) - Escape

In violation of Title _____See Above_____ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| L Odierno | 11/07/07   San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____No Bail_____ by _____The Honorable Cathy Ann Bencivengo_____
                                           Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Class I "A"        Chaco        Due 11/9
Escape

[Handwritten notations: #1402123; 02267-298; 3/23/83; received stamp U.S. Marshal Southern District of California; Date Arrested Steven C. Staff Acting U.S. Marshal S.D.CA]