#1402123
02267-298
3/23/83

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

VICTOR CAPERON

'07 MJ 2578

Magistrate's Case No. _____

WARRANT ISSUED ON THE BASIS OF:
___ Failure to Appear    ___ Order of Court
___ Indictment            ___ Information
_X_ Complaint

WARRANT FOR ARREST

TO:
ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER

NAME AND ADDRESS OF PERSON TO BE ARRESTED:
VICTOR CAPERON
M/His/03-23-1983
Hgt. 509 Wgt. 185lbs
SSN: 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

DISTRICT OF ARREST:

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

ESCAPE FROM FEDERAL CUSTODY

RECEIVED 2007 NOV -1 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFO

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751(a), 4082(a) |
|---|---|---|

BAIL: No Bail

OTHER CONDITIONS OF RELEASE

ORDERED BY: Louisa S. Porter
U.S. MAGISTRATE

DATE ORDERED: October 31, 2007
DATE ISSUED: October 31, 2007

RETURN
THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

Chaco