# INDEX OF EXHIBIT

<u>United States v. Victor Manuel Caperon</u>

Case No. 07cr3029-BTM

Statements of Fact (Exhibit A) .............................................. 1

# EXHIBIT A

# STATEMENT OF FACTS

1. On November 23, 2006, VICTOR MANUEL CAPERON was arrested by the U.S. Customs and Border Protection at the San Ysidro Point of Entry and charged with Importation of Marijuana.

2. On March 23, 2007, VICTOR MANUEL CAPERON plead guilty to the offense of Importation of Marijuana before the Honorable Dana M. Sabraw, U.S. District Judge, as evidenced by Judgment in a Criminal Case, Docket Number 06CR2686-DMS.

3. On March 23, 2007, VICTOR MANUEL CAPERON was sentenced to serve a custody term of twelve (12) months by the Honorable Dana M. Sabraw, U.S. District Judge, as evidenced by Judgment in a Criminal Case, Docket Number 06CR2686-DMS.

4. VICTOR MANUEL CAPERON has a statutory release date of November 23, 2007, as evidenced by the U.S. Bureau of Prisons Sentence Monitoring Computation Data.

5. On October 19, 2007, VICTOR MANUEL CAPERON was transferred by the U.S. Bureau of Prisons (BOP) from Federal Correctional Institution Victorville to the Correctional Alternatives Inc., a federally contracted facility in San Diego, California.

6. On October 20, 2007, at 12:20pm, VICTOR MANUEL CAPERON signed out of the Correctional Alternatives Inc. (CAI) on a day pass. He was instructed to return to the facility no later than 4:00pm that same day.

7. On October 20, 2007, at approx. 7:00pm, a count of inmates was taken by staff of CAI and noted that VICTOR MANUEL CAPERON had not yet returned to the facility as instructed. CAI staff telephoned the local hospitals, detention centers, and known emergency contacts. None of the calls produced information as to his whereabouts.

8. On October 20, 2007, at approx. 9:00pm, the U.S. Bureau of Prisons reported VICTOR MANUEL CAPERON on escape status. BOP and CAI staff exhausted all resources to locate him. The U.S. Marshals Service and the Federal Bureau of Investigations were then advised.