1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Victor Caperon

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3029-BTM |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO CONTINUE HEARING** |
| VICTOR CAPERON, ) | |
| Defendant. ) | |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Erick L. Guzman and Federal Defenders of San Diego, Inc., counsel for Victor Caperon, along with Assistant United States Attorney Rebecca Kanter, that the hearing currently scheduled for July 25, 2008 be rescheduled to **Friday, August 29, 2008, at 1:30 p.m.**

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:   July 23, 2008         /s/ Erick L. Guzman
                               **ERICK L. GUZMAN**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Victor Caperon

DATED:   July 23, 2008         /s/ Rebecca Kanter
                               **REBECCA KANTER**
                               Assistant United States Attorney

1 | **ERICK L. GUZMAN**
California State Bar No. 244391
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: erick_guzman@fd.org

5 | Attorneys for Victor Caperon

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3029-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| VICTOR CAPERON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Rebecca Kanter
Rebecca.Kanter@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:    July 23, 2008         /s/ Erick L. Guzman
                                 **ERICK L. GUZMAN**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Victor Caperon