1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No. 07CR3029-BTM |
| 12          Plaintiff, | ) ) | |
| 13  v. | ) | **ORDER CONTINUING HEARING** |
| 14  VICTOR CAPERON, | ) ) | |
| 15          Defendant. | ) ) | |

16

17      **IT IS HEREBY ORDERED** that the motion hearing currently scheduled for July 25, 2008 be

18  rescheduled to **Friday, August 29, 2008, at 1:30 p.m.**

19      **IT IS SO ORDERED.**

20  DATED: July 23, 2008

21

22                              Honorable Barry Ted Moskowitz
                                United States District Judge