1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3029-BTM |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER CONTINUING HEARING** |
| VICTOR CAPERON, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the motion hearing currently scheduled for August 29, 2008 be rescheduled to **Friday, September 5, 2008, at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED:  August 26, 2008

_/s/ Barry Ted Moskowitz_

Honorable Barry Ted Moskowitz
United States District Judge