1
2
3
4
5
6
7

8                             UNITED STATES DISTRICT COURT

9                           SOUTHERN DISTRICT OF CALIFORNIA

10                           **(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07CR3029-BTM |
| 12       Plaintiff, | ) ) | |
| 13 v. | ) | **ORDER CONTINUING HEARING** |
| 14 VICTOR CAPERON, | ) ) | |
| 15       Defendant. | ) ) | |

16

17       **IT IS HEREBY ORDERED** that the motion hearing currently scheduled for September 15, 2008

18 be rescheduled to **September 26, 2008, at 1:30 p.m.**

19       **IT IS SO ORDERED.**

20 DATED:  September 2, 2008

21                                                                         _____
                                                                            Honorable Barry Ted Moskowitz
22                                                                         United States District Judge

23
24
25
26
27
28